# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LISA GROCHOWSKI,

        Plaintiff,

v.

DANIEL N. GORDON, P.C., et al.,

        Defendants.

C13-343 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    Plaintiff's motion pursuant to Federal Rule of Civil Procedure 56(d), docket no. 29, is GRANTED. Defendants' motions for summary judgment, docket nos. 19 and 21, are DENIED without prejudice to refiling on or after November 14, 2013.

     (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 23rd day of August, 2013.

                                     William M. McCool
                                     Clerk

                                     s/Claudia Hawney
                                     Deputy Clerk

MINUTE ORDER - 1